③

**FILED**

AUG - 7 2008

U.S. DISTRICT COURT
BAY CITY, MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JUDGE THOMAS L. LUDINGTON

MAGISTRATE JUDGE
CHARLES E. BINDER

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                 Criminal No.    **08 - 20424**

TAMMY BIESZKE

    Defendant.

_____/

**I N F O R M A T I O N**
(18 U.S.C. § 1707)
(18 U.S.C. § 2)

THE UNITED STATES ATTORNEY CHARGES:

That between on or about October 1, 2006, and on or about January 31, 2007, in the Eastern District of Michigan, Northern Division, Tammy Sue Bieszke, defendant herein, did steal, purloin, and embezzle property used by the Postal Service, and appropriate any such property to her own or any other than its proper use, or convey away any such property to the hindrance or detriment of the public service, and did aid and abet one or more others in so doing, to wit: during the approximate time described above, the Defendant aided and abetted one or more others to convey away property used by the Postal Service, that is fraudulent Postal Money Orders, to the hindrance or detriment of

the public service, the value of such property being less than $1000-, in violation of Title 18 United States Code, Sections 1707 and 2.

7 Aug 08

STEPHEN J. MURPHY
United States Attorney

*Barbara Colby Tanase*

Barbara Colby Tanase (P38539)
Assistant U.S. Attorney
Chief, Bay City Branch

James A. Brunson
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
james.brunson@usdoj.gov
(P-28403)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number -<br>08    20424 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects. JUDGE THOMAS L. LUDINGTON

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: Charles E. Binder |
| ☐ Yes     ☐ No | AUSA's Initials: |

Case Title: USA v. TAMMY BIESZKE

County where offense occurred : Saginaw

Check One:     ☐ Felony          X Misdemeanor          ☐ Petty

    ____Indictment/__X_Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [Case number: ]
    ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information:**

Superseding to Case No:                                           Judge:

    ☐    Original case was terminated; no additional charges or defendants.
    ☐    Corrects errors; no additional charges or defendants.
    ☐    Involves, for plea purposes, different charges or adds counts.
    ☐    Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                              **Charges**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

7 Aug 08
Date

James A. Brunson (P28403)
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708-5747
Phone: (989) 895-5712
Fax: (989) 895-5790
E-Mail address: james.brunson@usdoj.gov